IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEE TOMMIE AMERSON                                                                       PLAINTIFF

V.                                           CIVIL ACTION NO. 4:23-CV-00132-RP

CAPT. ROBERT DUDLEY, et al.                                    DEFENDANTS

**ORDER DIRECTING PLAINTIFF TO SUBMIT ADDITIONAL INFORMATION**

      This matter comes before the Court on the *pro se* prisoner complaint of Lee Tommie Amerson, who challenges the conditions of his confinement under 42 U.S.C.§ 1983. In the instant action, Amerson complains about conditions of his confinement while housed at the Mississippi State Penitentiary located in Parchman, Mississippi. In particular, Amerson contends that a number of Mississippi Department of Corrections employees conspired against him in issuing allegedly false Rule Violation Reports ("RVRs") against him. To the extent that Amerson attempts to allege a Due Process violation, the complaint (and attached exhibits) fail to demonstrate what, if any, punishment Amerson received as a result of the allegedly false RVRs. Without that information, the Court cannot properly consider Amerson's claims. Amerson is, therefore, **DIRECTED** to advise the Court within thirty (30) days of the date of this Order what punishment, if any, he received as a result of the RVRs at issue. The Court notes that the RVR copies attached to Amerson's complaint were completely illegible and Amerson must submit this information in a legible format. Amerson's failure to follow this directive will result in the dismissal of this action without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

      **SO ORDERED**, this the 15th day of November, 2023.

                                            /s/ Roy Percy
                                            UNITED STATES MAGISTRATE JUDGE