IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEE TOMMIE AMERSON                                                                                          PLAINTIFF

V.                                                                              CIVIL ACTION NO. 4:23-CV-00132-RP

CAPT. ROBERT DUDLEY, et al.                                                                          DEFENDANTS

## ORDER

This matter comes before the Court on the plaintiff's *pro se* motion requesting additional discovery related to his claims in the instant civil rights action filed under 42 U.S.C. § 1983. Doc. # 34. In particular, Plaintiff seeks "additional administrative records and photographs/video camera footage of the assault related to this incident." Amerson acknowledges that he did receive the court-ordered discovery from the Mississippi Department of Corrections ("MDOC"), but seemingly complains of the quality of the photographs. Plaintiff further complains that he did not receive a copy of the video recording of the alleged assault.

Upon due consideration, the Court finds the motion [34] should be **GRANTED in part and DENIED in part**. To the extent that MDOC has failed to provide Plaintiff "his disciplinary records, administrative records, photographs/videos, medical records, and any other records related to this incident" in full, the Court finds the motion should be **GRANTED**. Accordingly, within fourteen (14) days of the date of this Order, MDOC must produce any of these records which have not already been produced to Plaintiff in as legible a format as possible. To the extent that Plaintiff seeks any additional relief, the motion is **DENIED.**

**SO ORDERED**, this the 12th day of January, 2024.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE