IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LEE TOMMIE AMERSON                                                                          PLAINTIFF

V.                                         CIVIL ACTION NO. 4:23-CV-00132-RP

CAPT. ROBERT DUDLEY, et al.                                                 DEFENDANTS

**ORDER**

This matter comes before the Court on the plaintiff's *pro se* motion to compel Defendants' compliance with the Court's previously entered order regarding discovery. Doc. # 52. Plaintiff previously requested additional discovery, complaining about the quality of photographs provided by the Mississippi Department of Corrections ("MDOC"), and further averred that he did not receive a copy of the video recording of the alleged assault at issue. *See* Doc. # 34. The Court granted in part and denied in part Plaintiff's motion and ordered that Defendants provide Plaintiff "his disciplinary records, administrative records, photographs/videos, medical records and any other records related to this incident" in full and in legible format. *See* Doc. # 40. Plaintiff now moves for enforcement of that order and asserts that Defendants have still failed to produce the video recording of the assault at issue and again complains about the quality of the photographs.

Upon due consideration, the Court finds that a response to the instant motion is required. Accordingly, Defendants are **DIRECTED** to file a response to Plaintiff's motion to compel within fourteen (14) days from the date of this Order. Specifically, Defendants are directed to advise the Court as to the status of the production of the video recording of the alleged assault—whether such video exists, and, if so, whether the recording has been produced to Plaintiff. The Court is sympathetic to Plaintiff's dissatisfaction with the quality of the photographs, but the quality provided may be the best available to MDOC. Thus, Defendants are also directed to advise the

Court whether the quality of the photographs produced is the best available or whether they have the capability to provide better-quality photographs. Plaintiff may file a reply, if he so chooses, within seven (7) days of the date Defendants' response is filed.

**SO ORDERED**, this the 27th day of February, 2024.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE